DAVID MILLER, Respondent, *v.* BENJAMIN WRIGHT et al., Appellants.

(Argued November 30, 1891; decided December 15, 1891.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made May 11, 1891, which granted a motion to dismiss an appeal from a judgment in partition entered upon the report of a referee.

*Norton Chase* for appellants.

*Samuel Keeler* and *F. P. Bellamy* for respondent.

Agree to affirm; no opinion.

All concur.

Order affirmed.